Muzick

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tiger Lawn Care, Inc.
   d/b/a Trugreen Chemlawn
   c/o Any Officer or Agent
   2906 Waverly Parkway
   Opelika, AL 36801

3:06CV1122 (cmp/sms 20 dys)

2. Article Number
   (Transfer from service label)        7004 2510 0002 6128 5285

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                                ☐ Agent
                                                ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery
   Bill Haberstroh

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes