IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**DONNA MEZICK,**

**PLAINTIFF**

**V.**  CIVIL ACTION NO. 3:06-CV-1122-WKW

**TIGER LAWN CARE, INC.**
**d/b/a TRUGREEN CHEMLAWN,**

**DEFENDANT.**

### JOINT STIPULATION OF DISMISSAL

Plaintiff, Donna Mezick, and Defendant, Tiger Lawn Care, Inc. d/b/a TrueGreen Chemlawn, by and through their respective counsel of record, hereby stipulate to the dismissal of Plaintiff's claims asserted in this case, with prejudice, each party to bear his/her/its own costs and attorneys' fees and expenses in this matter.

| | |
|---|---|
| David R. Arendall | Russell C. Balch, Esq. |
| Counsel for Plaintiff | Counsel for Defendant |
| Arendall & Associates | Akridge & Balch, PC |
| 2018 Morris Avenue, Third Floor | 730 North Dean Road, Suite 300 |
| Birmingham, AL 35203 | P. O. Drawer 3738 |
| | Auburn, AL 36831 |